```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
SYLINIA JACKSON,
                                              24-cv-3905 (JGK)
                    Plaintiff,
                                              ORDER
      - against -

MEYER CORPORATION, U.S.,

                    Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **September 13, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **May 23, 2024**

                                    ____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                    **United States District Judge**